# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALVIN DUANE LACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-0574-HE |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |

## **ORDER**

Plaintiff Alvin Duane Lacy filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for supplemental security income benefits. Consistent with 28 U.S.C. § 636(b), the case was referred to Magistrate Judge Shon T. Erwin, who recommends that the unopposed motion for remand filed by the Commissioner be granted.

The court adopts the Report and Recommendation of Magistrate Judge Erwin and **GRANTS** the Commissioner's motion [Doc. #15]. This case is remanded to the Commissioner for further proceedings consistent with the Report and Recommendation, a copy of which is attached to this order.

**IT IS SO ORDERED**.

Dated this 25th day of March, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE